# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0089.  YOLANDA BELL v. NICOLE GARY.**

Yolanda Bell, proceeding pro se, has petitioned this Court for a writ of mandamus ordering the Clerk of the Superior Court of Ben Hill County to transmit the appellate record to this Court at no cost to her. Bell represents that the Clerk has refused to transmit the record to this Court until Bell pays copying and certification costs even though she has filed an affidavit of indigency and motion to proceed in forma pauperis in the trial court.

As our Supreme Court recently explained, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance, given that superior court judges have the power to issue process in the nature of mandamus against . . . trial court officials." *Arnold v. Alexander*, ___ Ga. ___, ___ (1) n. 6 (___ SE2d ___) (Case No. S24O1335, Mar. 18. 2025). There is no indication in Bell's petition that she has filed a petition seeking such relief in the superior court.

Accordingly, until Bell has obtained a ruling from the superior court, there is no basis for this Court to exercise its jurisdiction. See *Arnold*, ___ Ga. at ___ (1) n. 6; Court of Appeals Rule 40 (c) (this Court's mandamus jurisdiction is narrow and will

be exercised sparingly as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments). This petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/04/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*